DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARTIN SANTOS-BONALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:11-cr-0415 AWI |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO ADVANCE CHANGE OF |
| v. ) | PLEA HEARING; ORDER |
| ) | |
| MARTIN SANTOS-BONALES, ) | Date: August 6, 2012 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kathleen A. Servatius, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Martin Santos-Bonales, that, with respect to Mr. Santos-Bonales only, the status conference currently set for August 27, 2012 at 1:30 p.m., **may be advanced and rescheduled to August 6, 2012, at 10:00 a.m for a change of plea hearing.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea August 6, 2012.

/ / /

1  / / /
2  / / /
3  / / /

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: July 25, 2012                /s/ Kathleen A. Servatius
                                    _____
                                    KATHLEEN A. SERVATIUS
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: July 25, 2012                /s/ Peggy Sasso
                                    _____
                                    PEGGY SASSO
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MARTIN SANTOS-BONALES
```

ORDER

IT IS SO ORDERED.

Dated:   July 26, 2012                    _____
                                          CHIEF UNITED STATES DISTRICT JUDGE